UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE FLORES,

Plaintiff,

-against-

HELP USA,

Defendant.

26-cv-5721 (LLS)

CIVIL JUDGMENT

For the reasons stated in the July 31 2026, order, this action is dismissed because it has been brought in the wrong venue. *See* 28 U.S.C. § 1406(a).

SO ORDERED.

Dated: August 12, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge